413 A.2d 1117

Commonwealth v. Hatcher, Appellant.

596

Argued March 20, 1979.  Gilbert B. Abramson, for appellant;  Neil Kitrosser, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

WIEAND, J. concurred in the result.